UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MICHELLE DAWN MASON,<br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner<br>of the Social Security Administration,<br>   Defendant. | )<br>)<br>)<br>) CAUSE NO.: 4:20-CV-42-JVB-JPK<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Complaint [DE 1] filed on June 2, 2020, and Plaintiff's Brief [DE 16] filed on January 5, 2021. The Court referred this case to Magistrate Judge Joshua Kolar for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 7]. Judge Kolar issued his Report and Recommendation on July 16, 2021. [DE 23]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

Judge Kolar recommends that the Court reverse the Commissioner's decision to deny Plaintiff disability insurance benefits and remand this case to the Commissioner for further proceedings. In brief, Judge Kolar found that the ALJ erred in assessing Plaintiff's RFC, in determining whether Plaintiff met Listing 1.02, and in evaluating Plaintiff's subjective symptoms.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Kolar's Report and Recommendation [DE 23] and incorporates the Report and Recommendation into this Order. Accordingly, the Court **GRANTS** the relief requested in Plaintiff's Brief [DE 16], **REVERSES** the final decision of the Commissioner of Social Security, and **REMANDS** this matter for further

proceedings consistent with this Order and the incorporated Report and Recommendation of Judge Kolar.

SO ORDERED on August 23, 2021.

                                                s/ Joseph S. Van Bokkelen
                                                JOSEPH S. VAN BOKKELEN, JUDGE
                                                UNITED STATES DISTRICT COURT